**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Rocio Boheli Mokara,

        Petitioner,

v.

Chuck DeRosa, et al.,

        Respondents.

No. CV-26-01653-PHX-KML

**ORDER**

On April 23, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending the court order a bond hearing or, if the court believes "the bond [amount] has already been assessed by the [Immigration Judge] pursuant to its alternative determination," release petitioner on a bond of $3,500. (Doc. 13 at 7.) Upon reviewing the record, the Immigration Judge denied bond based on an alleged "lack of jurisdiction" but made the alternative finding that $3,500 would be a sufficient bond if jurisdiction existed. (Doc. 1 at 10.) No objections to the R&R were filed and it is adopted. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). In these circumstances, release on the previously-assessed bond is appropriate. *See Correa v. McGregor*, CV-26-641-PHX-KML, Doc. 6 at 2-3 (D. Ariz. Feb. 9, 2026).

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED** to the extent respondents must release petitioner on the bond alternatively set by the Immigration

Judge.

IT IS FURTHER ORDERED respondents must provide a notice of compliance within seven days of this order.

IT IS FURTHER ORDERED any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 14th day of May, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge

- 2 -